JUDGE KAPLAN                    07 CIV 8305

476-07/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HBC HAMBURG BULK CARRIERS GMBH & CO. KG
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

RECEIVED
SEP 2 4 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HBC HAMBURG BULK CARRIERS
GMBH & CO. KG,

07 CIV.        (    )

**RULE 7.1 STATEMENT**

                               Plaintiff,

   -against-

WING LEUNG SHIPPING CO. LTD.,

                               Defendant.
-------------------------------------------------------------x

      HBC HAMBURG BULK CARRIERS GMBH & CO. KG, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       September 24, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              HBC HAMBURG BULK CARRIERS GMBH & CO. KG

      By: _____
                              Michael E. Unger (MU 0045)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/290758.1