UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

**HBC Hamburg Bulk Carriers**
**GMBH & Co. KG**,

        Plaintiff,

  -against-                              07-cv-08305 (LAK)

**Wing Leung Shipping Co. Ltd.**,

        Defendants.

------------------------------x

HON. LEWIS A KAPLAN:

                           ORDER



*On consent of plaintiff.*

    This action will be dismissed without prejudice without any further action by the Court unless, on consent of plaintiff, on or before March 24, 2008, plaintiff shall have filed a proof of service on defendant or proof that plaintiff has succeeded in attaching property pursuant to the maritime attachment previously issued.

SO ORDERED.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

Dated:        New York, N.Y.
                 January 15, 2008