BLANK ROME LLP
Attorneys for Defendant
WING LEUNG SHIPPING CO. LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HBC HAMBURG BULK CARRIERS GMBH & CO. KG, <br><br> Plaintiff, <br><br> -against- <br><br> WING LEUNG SHIPPING CO. LTD., <br><br> Defendants. | 07 Civ. 8305 (LAK) <br><br> **NOTICE OF** <br> **RESTRICTED APPEARANCE** |

      Pursuant to Supplemental Rule E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, Defendant, WING LEUNG SHIPPING CO. LTD., appears specially herein.

Dated:     New York, New York
             April 9, 2008

                                            BLANK ROME LLP
                                            Attorneys for Defendant

                                            By _____
                                                LeRoy Lambert (LL 3519)
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, NY 10174-0208
                                                Tel.: (212) 885-5000

900200.00001/6630277v.1