BLANK ROME LLP
Attorneys for Defendant
WING LEUNG SHIPPING CO. LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HBC HAMBURG BULK CARRIERS GMBH & CO. KG,

    Plaintiff,

-against-

WING LEUNG SHIPPING CO. LTD.,

    Defendants.

---

07 Civ. 8305 (LAK)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, WING LEUNG SHIPPING CO. LTD. certifies that it is a private (non-governmental) party and that no corporate parent or publicly-held corporation owns 10% or more of the stock of the company.

Dated:    New York, New York
            April 9, 2008

                                      BLANK ROME LLP
                                      Attorneys for Defendant

                                      By _____
                                        LeRoy Lambert (LL 3519)
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174-0208
                                        Tel.: (212) 885-5000